# United States District Court
## District of Minnesota

| | |
|---|---|
| Beth Ann Bretoi, | Court file no. 10-cv-04268 (JRT/JSM) |
| Plaintiff, | |
| v. | **Notice of Dismissal With Prejudice** |
| American Coradius International, LLC; Bonnie Zimmerman; Phil Martino; Katie Doe; David Rote; John Doe; and Jane Doe, | |
| Defendants. | |

It is hereby stipulated and agreed to by Plaintiff and her attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice, without costs, disbursements, or attorney fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**The Glover Law Firm, LLC**

Date: <u>December 22, 2010</u>     <u>*s/Randall P. Ryder*</u>
Randall P. Ryder (#389957)
125 Main Street SE, #250
Minneapolis, MN 55414

phone • 612.424.3770
fax • 612.605.1947
e-mail • email@theglf.com

Attorney for Plaintiff