UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BETH ANN BRETOI, | Case No. 10-cv-4268 JRT-JSM |
| Plaintiff, | |
| vs. | **ORDER** |
| AMERICAN CORADIUS INTERNATIONAL, LLC; BONNIE ZIMMERMAN; PHIL MARTINO; KATIE DOE; DAVID ROTE; JOHN DOE; AND JANE DOE, | |
| Defendants. | |

---

The court having been advised that the above-entitled action has been resolved, **IT IS ORDERED** that the above-entitled action against Defendants shall be and hereby is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 5, 2011
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge