≉AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Beth Ann Bretoi

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  10-4268 JRT/JSM

American Coradius International, LLC, Jane Doe, John Doe, Katie Doe, Phil Martino, David Rote, Bonnie Zimmerman

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-entitled action against Defendants shall be and hereby is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney fees to any party.

|  |  |
|---|---|
| January 6, 2011 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/LP Holden |
| (By) | LP Holden   Deputy Clerk |